CLARA REICHENBACH, Respondent, v. CHRISTOPHER P. ELLERBE, Superintendent of THE INSURANCE DEPARTMENT OF THE STATE OF MISSOURI, Representing THE UNITED MASONIC BENEFIT ASSOCIATION OF MISSOURI, Appellant.

St. Louis Court of Appeals, December 20, 1892.

Appeals: JURISDICTION. The superintendent of the insurance department of this state is a state officer, and the supreme court has jurisdiction of an appeal in a case wherein he is a party.

*Appeal from the St. Louis City Circuit Court.*—HON. LEROY B. VALLIANT, Judge.

TRANSFERRED TO THE SUPREME COURT.

ROMBAUER, P. J.—The appellant insurance company has since the appeal was taken herein been dissolved. The superintendent of insurance has upon

motion been substituted a party defendant herein, and has filed his motion to transfer the cause to the supreme court, as this court has no jurisdiction against him, he being a state officer within the purview of section 12 of article 6 of the constitution. The motion is well taken, and must be sustained.

Ordered that the cause be transferred to the supreme court. All concur.